**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Diego AGUILAR–HERRERA,
Defendant—Appellant.**

**No. 05–50971.**

United States Court of Appeals,
Ninth Circuit.

---

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Submitted Sept. 11, 2006.*

Filed Sept. 14, 2006.

USSD—Office of the U.S. Attorney, San Diego, CA, for Plaintiff-Appellee.

Zaki Zehawi, Esq., FDSD—Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant-Appellant.

Before: PREGERSON, T.G. NELSON, and GRABER, Circuit Judges.

MEMORANDUM **

Diego Aguilar–Herrera appeals the sentence imposed following his guilty plea to being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Aguilar–Herrera contends that the district court erred in making an upward adjustment under U.S.S.G. § 2L1.2(b)(1)(A) and in sentencing him pursuant to 8 U.S.C. § 1326(b)(2) to more than the two-year statutory maximum set forth in § 1326(a) when, the indictment did not allege, he did not admit, and a jury did not find any prior conviction. He argues that the doctrine of constitutional avoidance requires that *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), be limited to the holding that a prior conviction that increases the maximum penalty need not be alleged in the indictment when the prior conviction, unlike here, is admitted as

part of a guilty plea. He also contends that intervening Supreme Court decisions have overruled *Almendarez–Torres* and this court's decisions interpreting *Almendarez–Torres* to allow sentence increases upon a judicial finding of the fact of a prior conviction. These contentions are foreclosed. *See United States v. Beng–Salazar*, 452 F.3d 1088, 1091 (9th Cir.2006).

**AFFIRMED.**

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

